### 12465-12471.  MAXWELL v. ZEIGLER-FRANKEL MFG. CO. *et al.*

HILL, J.  In these cases (seven separate actions) the judgments excepted to were the sustaining of demurrers of the plaintiffs to pleas filed by the defendant.  These were not final judgments; and on motion of counsel for the plaintiff in error the bills of exceptions are dismissed as having been prematurely brought, but leave is granted to the plain-

tiff in error to treat as exceptions pendente lite the official copies of the bills of exceptions retained in the office of the clerk of the lower court.

*Writs of error dismissed, with direction. Jenkins, P. J., and Stephens, J., concur.*

DECIDED AUGUST 3, 1921.

Complaint; from city court of Carrollton — Judge Hood. April 1, 1921.

Suits against Maxwell were separately brought by Zeigler-Frankel Manufacturing Company, All Star Manufacturing Company, Trotty Trunk and Bag Company, Queen Costume Company, Greenbaum & Sons, Wilson & Company, and Eleanor Dress Company. Demurrer to the defendant's answer in each case was sustained, and he excepted. There was no exception to a final judgment.

*James Beall,* for plaintiff in error.
*Boykin & Boykin,* contra.